UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   SANDRILL ZEIGLAR )
) CASE NO. 16-30589-DHW-13
      Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes GUARDIAN CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. This creditor has filed a claim in the amount of $774.59 which is secured by SHARES IN ACCOUNT #xxx50-01 IN THE AMOUNT OF $775.91.

2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5).

WHEREFORE, GUARDIAN CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                GUARDIAN CREDIT UNION

                By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this April 27, 2016.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104

SANDRILL ZEIGLAR
2122 HIGHLAND AVE
MONTGOMERY AL 36107

/s/ Leonard N. Math